

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00063-CV
_____

JAMIE JONES, Appellant

V.

LARRY JESTER AND SHARON JESTER, Appellees

On Appeal from the County Court
Fannin County, Texas
Trial Court No. CV-2022-7773

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice Stevens

# MEMORANDUM OPINION

Jamie Jones, appellant, filed a notice of appeal in this matter on August 19, 2022. The clerk's and reporter's records were due to be filed with this Court on or before September 19, 2022. Jones is not indigent and is thus responsible for paying or making adequate arrangements to pay the clerk's and court reporter's fees for preparing the records. *See* TEX. R. APP. P. 37.3(b), (c). The Fannin County clerk has informed this Court that the fee has not been paid for preparation of the clerk's record. Likewise, the court reporter has informed this Court that she has not received a designation or payment for the reporter's record.

By letter dated October 4, 2022, we notified Jones of these defects and provided him an opportunity to cure them. *See* TEX. R. APP. P. 42.3(b), (c). The October 4 letter further warned Jones that, if he did not submit an adequate response to the notice by October 14, 2022, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Jones has not paid for preparation of the clerk's record or reporter's record and has not filed proof of indigency. *See* TEX. R. APP. P. 20.1. Further, Jones did not respond to our October 4 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Scott E. Stevens
Justice

Date Submitted:     October 25, 2022
Date Decided:       October 26, 2022

2